UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE

MICKY JOE STEPHENS                                              CASE NO. 18-30032
MELANIE KAY STEPHENS
DEBTORS

MELANIE KAY STEPHENS, *et al.*                                  PLAINTIFFS

V.                                                              ADV. NO. 23-3001

UPSTART NETWORK, INC.                                           DEFENDANT

### ORDER RESCHEDULING HEARING

The Final Approval hearing [ECF Nos. 90, 107] currently scheduled for March 19, 2026, is hereby **RESCHEDULED** and will be heard at **9:00 a.m. on March 17, 2026, in the U.S. Bankruptcy Court, Community Trust Bank Building, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky**.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: **Wednesday, February 11, 2026**
(grs)